| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 29, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Ricky Barnard Justice, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-22-3324 |
| Bobby Lumpkin, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|    Respondent. | § | |

## Order of Adoption

On October 25, 2022, Magistrate Judge Peter Bray recommended that Ricky Bernard Justice's petition be dismissed without prejudice as an unauthorized successive petition. (7) Justice filed objections. (8) The objections are overruled. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November 29, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge